No. 76–5330.   EDWARDS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–5334.   ANDERSON v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 76–5338.   DEVAUGHN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 76–5339.   TERRELL v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 76–5347.   LARRY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 76–5362.   JONES v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 76–5378.   HOMCY v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 76–5389.   TILGHMAN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 76–5390.   RUSHLOW v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–5439.   COULTER v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 76–5472.   FABRICANT v. CALIFORNIA ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–5486.   PEHLER v. SCHOEN, CORRECTIONS COMMISSIONER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 76–5487.   BUZYNSKI v. OLIVER ET AL.   C. A. 1st Cir. Certiorari denied.

No. 76–5488.   BARBOSA v. CURRY.   C. A. 5th Cir.   Certiorari denied.